**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7214**

REV. THOMAS L. DAVIS,

        Plaintiff - Appellant,

      v.

BROOKS P. GOLDSMITH, Judge of Circuits Courts/Retired; RACHEL DEANGELIS, Asst. Solicitor/State Prosecutor; CHRISTIAN D. ANDERSON, Beaufort County Sheriff Dept.; CARMEN T. MULLEN, 14th Circuit Court Judge,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Bruce H. Hendricks, District Judge.  (9:23-cv-03059-BHH)

Submitted:  March 28, 2024                       Decided:  April 2, 2024

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas Louis Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rev. Thomas L. Davis appeals the district court's order accepting the recommendation of the magistrate judge and dismissing with prejudice his pro se amended complaint. We have reviewed the record and discern no reversible error.[*] Accordingly, we affirm the district court's order. *Davis v. Goldsmith*, No. 9:23-cv-03059-BHH (D.S.C. filed Nov. 15, 2023 & entered Nov. 16, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Davis' informal brief does not challenge the district court's conclusion that some of his claims were barred by the applicable statute of limitations. Accordingly, he has forfeited appellate review of that aspect of the district court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").